UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-04275-RGK-AS | Date | May 20, 2020 |
|---|---|---|---|
| Title | *Professional Beauty Federation of California, et al v. Gavin Newsom, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On May 19, 2020, Plaintiffs filed an Ex Parte Application for a Temporary Restraining Order ("TRO"). On May 20, 2020, the Government filed an Opposition. Upon review, the Court **ORDERS** Plaintiffs to show cause as to why the Court should not construe Plaintiffs' Ex Parte Application as a Motion for Preliminary Injunction. *See Dilworth v. Riner*, 343 F.2d 226, 229 (5th Cir. 1965) ("where the opposing party has notice of the application for a temporary restraining order… such order does not differ functionally from a preliminary injunction[.]"); *see also E. Bay Sanctuary Covenant v. Trump*, 932 F.3d 742, 763 (9th Cir. 2018). Plaintiffs shall file a brief not to exceed 3 pages no later than May 22, 2020.

**IT IS SO ORDERED.**

:

Initials of Preparer