UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-04275-RGK-AS | Date | June 1, 2020 |
|---|---|---|---|
| Title | *Professional Beauty Federation of California, et al v. Gavin Newsom, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause

On May 19, 2020, Plaintiffs filed an Ex Parte Application for a Temporary Restraining Order challenging the constitutionality of Governor Newsom's Stay at Home Order issued in response to the COVID-19 crisis. On May 20, 2020, Defendants filed an Opposition. Because Defendants have received notice of Plaintiffs' Application and have had the opportunity to brief the matter, the Court construes Plaintiffs' Application as a Motion for Preliminary Injunction. (*See* ECF Nos. 21, 23.)

Plaintiffs are individuals and entities doing business in California's cosmetology industry. Plaintiff Professional Beauty Federation of California ("PBFC") is a nonprofit organization representing licensed beauty professionals in California. PBFC brings this lawsuit on behalf of its members located throughout California. Plaintiffs Martin Gonzalez ("Gonzalez"), Corinne Lam ("Lam"), and Rose Ibarra ("Ibarra") are individuals who hold licenses from the California Board of Barbering and Cosmetology. Gonzalez is the proprietor of a barber shop in Los Angeles. Ibarra is an officer and shareholder of Plaintiff Ronor Leasing Inc., also known as Social Salon Suites, which has its principal place of business in Glendale, California. Plaintiff Zenbi Salons, Inc. is a California corporation which itself owns and operates the Salotto Salon & Blowdry Lounge in San Diego, California. Plaintiff Lam is a hairstylist at Salotto Salon & Blowdry Lounge. Finally, Plaintiff P2W Learning Systems, LLC (otherwise known as Paul Mitchell) operates a beauty school in Sherman Oaks, California.

Through their Motion, Plaintiffs ask the Court to enjoin Defendants from "enforcing, attempting to enforce, threatening to enforce, or otherwise requiring compliance against Plaintiffs with any prohibition of the [Stay at Home] Order dated March 19, 2020, the 'Essential Critical Infrastructure Workers' list last updated on April 28, 2020, and the Resilience Roadmap where Plaintiffs have been listed as a stage 3 business." (Proposed Order at 2, ECF No. 16-9.) Plaintiffs also ask the Court to enjoin Defendants "from preventing the Plaintiffs from lawfully reopening their businesses as licensed beauty professionals." (*Id.*) However, since the Court took this matter under submission, there have been developments which may render Plaintiffs' requests moot. For example, the State of California has

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-04275-RGK-AS | Date | June 1, 2020 |
|---|---|---|---|
| Title | *Professional Beauty Federation of California, et al v. Gavin Newsom, et al* | | |

approved the variances requested by San Diego County and Los Angeles County. This means that hair salons and barbershops can reopen in these counties, subject to various limitations. Accordingly, the Court **ORDERS** Plaintiffs to show cause why the Court should not deny Plaintiffs' Motion as moot. Plaintiffs shall file a brief not to exceed 3 pages no later than 12:00 p.m. on June 3, 2020. Defendants shall file an opposition not to exceed 3 pages no later than 3:00 p.m. on June 4, 2020.

**IT IS SO ORDERED.**

:

Initials of Preparer