1  XAVIER BECERRA
   Attorney General of California
2  PAUL STEIN
   Supervising Deputy Attorney General
3  S. CLINTON WOODS
   Deputy Attorney General
4  JOHN D. ECHEVERRIA
   Deputy Attorney General
5  State Bar No. 268843
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3479
7   Fax:  (415) 703-1234
    E-mail:  John.Echeverria@doj.ca.gov
8  *Attorneys for Defendants*

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

| | |
|---|---|
| **PROFESSIONAL BEAUTY FEDERATION OF CALIFORNIA,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM, et al.,** <br><br> Defendants. | Case No. 2:20-cv-4275-RGK-AS <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> **[Fed. R. Civ. P. 12(b)(6)]** <br><br> Date: August 17, 2020 <br> Time: 9:00 a.m. <br> Courtroom: 850 <br> Judge: Hon. R. Gary Klausner <br> Action Filed: May 12, 2020 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on Monday, August 17, 2020, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable R. Gary Klausner, United States District Judge, in Courtroom 850 of the Roybal Federal Building and U.S. Courthouse, located at 255 East Temple Street, Los Angeles, CA

90012, Defendants Gavin Newsom, in his official capacity as the Governor of California; Xavier Becerra, in his official capacity as the Attorney General of California; Sonia Angell, in her official capacity as California Public Health Officer and Department of Public Health Director; Lourdes Castro Ramirez, in her official capacity as Secretary of the California Business, Consumer Services and Housing Agency; Kimberly Kirchmeyer, in her official capacity as Director of the Department of Consumer Affairs; Kristy Underwood, in her official capacity as Executive Officer of the State Board of Barbering and Cosmetology; Jacquelyn Crabtree, in her official capacity as member of the State Board of Barbering and Cosmetology; Andrew Drabkin, in his official capacity as member of the State Board of Barbering and Cosmetology; Derick Matos, in his official capacity as member of the State Board of Barbering and Cosmetology; Calimay Pham, in her official capacity as member of the State Board of Barbering and Cosmetology; Lisa Thong, in her official capacity as member of the State Board of Barbering and Cosmetology; Christie Tran, in her official capacity as member of the State Board of Barbering and Cosmetology; Steve Weeks, in his official capacity as member of the State Board of Barbering and Cosmetology; and Kari Williams, in her official capacity as member of the State Board of Barbering and Cosmetology (collectively, "Defendants"), will and presently do move this Court to dismiss Plaintiffs' First Amended Complaint (Dkt. 11) under Federal Rules of Civil Procedure 12(b)(6) on the ground that the FAC fails to state a claim upon which relief can be granted.

This motion is made following a conference of counsel that took place telephonically on July 13, 2020, pursuant to Local Rule 7-3.

This motion is based on this Notice of Motion and Motion to Dismiss First Amended Complaint; the accompanying Memorandum of Points and Authorities; the accompanying Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss First Amended Complaint; all pleadings and papers on file in this action; and such other matters as the Court may deem appropriate.

| | |
|---|---|
| Dated: July 20, 2020 | Respectfully submitted,<br><br>XAVIER BECERRA<br>Attorney General of California<br>PAUL STEIN<br>Supervising Deputy Attorney General<br>S. CLINTON WOODS<br>Deputy Attorney General<br><br><br>/s/ John D. Echeverria<br>JOHN D. ECHEVERRIA<br>Deputy Attorney General<br>*Attorneys for Defendants* |